IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**ROGER PERALES,**          3:10-CV-01314-BR

    **Plaintiff,**          JUDGMENT

v.

**JEFFREY THOMAS, Warden;**
**STANLEY LABRIERER; BARNEY**
**TOTTEN; and ROBERT LYONS,**

    **Defendants.**

    Based on the Court's Opinion and Order issued January 14, 2013, the Court **DISMISSES** this matter **with prejudice**.

    IT IS SO ORDERED.

    DATED this 14th day of January, 2013.

    /s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

1 - JUDGMENT